UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T MCWHORTER,<br>　　　　　　Plaintiff,<br>　v.<br><br>DEPARTMENT OF CORRECTIONS et al.,<br>　　　　　　Defendants. | CASE NO. C24-5146-KKE-GJL<br><br>ORDER GRANTING EXTENSION |

This matter comes before the Court on John McWhorter's motion to "grant [a] stay to find affordable counsel to amend complaint, and to reserve merit until criminal matter is resolved" or "to pull complaint until full discovery is attained." Dkt. No. 12. The Court previously granted Mr. McWhorter until August 2, 2024, to amend his complaint. Dkt. No. 9 at 5. And upon Mr. McWhorter's request, the Court extended the deadline to amend the complaint until August 30, 2024.

The Court will GRANT a limited extension of the deadline to amend the complaint so that Mr. McWhorter can obtain counsel. Dkt. No. 12. The deadline to amend the complaint is now September 30, 2024. No further extensions will be granted absent a showing of good cause. If an amended complaint is not filed by this deadline, the Court will dismiss this case without prejudice.

Dated this 4th day of September, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge